**E-Filed 1/14/10**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANGELA PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case Number 10-cv-05763 JF<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

On December 17, 2010, Plaintiff filed an application to proceed *in forma pauperis* in the instant action. The application will be granted. Accordingly, IT IS HEREBY ORDERED that the Clerk issue summons, and that the U.S. Marshal for the Northern District of California serve a copy of the complaint and this order upon Defendant.

DATED: January 14, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. 10-cv-05763 JF
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC3)