Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Angela Perez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ANGELA PEREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: CV 10-5763 JF<br><br>[PROPOSED] ORDER ON APPLICATION TO FILE A LATE BRIEF |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　The Clerk is directed to file Plaintiff Angela Perez's late brief. The Commissioner's time in which to oppose the brief is extended according to the schedule set forth in the Court's order.

DATE: 6/8/11

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

-1-