**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11    ANGELA PEREZ,

12          Plaintiff,                                    No. C 10-05763 WHA

13      v.

14    MICHAEL J. ASTRUE,                            **JUDGMENT**
      Commissioner of Social Security,
15

16          Defendant.
                                        /
17

18          For the reasons stated in the accompanying order denying plaintiff's motion for summary

19    judgment and granting defendant's motion for summary judgment, **FINAL JUDGMENT IS HEREBY**

20    **ENTERED** in favor of defendant and against plaintiff.  The Clerk **SHALL CLOSE THE FILE**.

21

22          **IT IS SO ORDERED.**

23

24    Dated:  November 29, 2011.

                                              WILLIAM ALSUP
25                                            UNITED STATES DISTRICT JUDGE

26

27

28